THE CITY OF CHICAGO, Plaintiff in Error, *vs.* HARRY J.
POWERS, Defendant in Error.*

*Opinion filed December 17, 1907.*

The decision in *People* v. *Steele,* (*ante,* p. 340,) holding a stat-
ute in regard to speculating or "scalping" in theater tickets to be
unconstitutional, controls this case, wherein the city of Chicago at-
tempted to do by ordinance what it was there held the legislature
could not do by statute.

WRIT OF ERROR to the Municipal Court of Chicago; the
Hon. FREDERICK L. FAKE, Judge, presiding.

MACLAY HOYNE, CLYDE L. DAY, and GEORGE W. MIL-
LER, (EDWARD J. BRUNDAGE, Corporation Counsel, of coun-
sel,) for plaintiff in error.

MORAN, MAYER & MEYER, for defendant in error.

Mr. JUSTICE DUNN delivered the opinion of the court:

The writs of error in these four cases have been con-
solidated by stipulation. They are brought to review judg-
ments of the municipal court of Chicago in favor of the
defendants in prosecutions brought against them for the
violation of an ordinance of the city of Chicago in regard
to the scalping of theater tickets. In the case of *People* v.
*Steele,* (*ante,* p. 340,) it was decided that an act of the legis-
lature having the same purpose as the ordinances involved
in these cases was invalid because beyond the constitutional
power of the legislature. Under the decision in that case
the ordinances in question here were invalid and the judg-
ments were properly rendered for the defendants. They
will therefore be affirmed.        *Judgments affirmed.*

With this case are decided the following consolidated cases:
No. 5586, *City of Chicago* v. *Herbert C. Duce;* No. 5587, *Same* v.
*H. N. Waterfall;* and No. 5588, *Same* v. *Phil J. Altschul.*